STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant Aaron Lee Matthews

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-049 WHA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING;** |
| v. | **[PROPOSED] ORDER** |
| AARON LEE MATTHEWS, | Current Date:    March 10, 2015 |
| Defendant. | Proposed Date:  March 17, 2015 |

Defendant, Aaron Lee Matthews, by and through his counsel of record, Assistant Federal Public Defender Brandon M. LeBlanc and the Office of the Federal Public Defender, hereby request that the status hearing currently scheduled for Tuesday, March 10, 2015, at 2:00 p.m., before this Court be continued one week until Tuesday, March 17, 2015 at 2:00 p.m.

The reason for this request is that Mr. Matthews has requested that the government provide certain discovery relating to two convictions Mr. Matthews allegedly suffered in 2002 (in Contra Costa County) and 2005 (in San Francisco County).  The requested discovery is critical in Mr. Matthews case, as the government has asserted that these alleged prior convictions may qualify him as a career offender under U.S.S.G. § 4B1.1.  As such, it is important for Mr. Matthews, in determining how to proceed with his case, to have a firm sense of whether or not he in fact qualifies as a career offender.  Undersigned counsel has also, independent of the discovery request made to the government, dispatched an investigator from the Office of the Federal Public

Stip. to Cont. Status Hearing
*U.S. v. Matthews*, CR 15-049 WHA

1

1  Defender to also try and obtain the same from San Francisco and Contra Costa County.  As of
2  this writing, neither party has yet obtained the discovery.
3      In order to afford the parties sufficient time to obtain the above-described discovery from
4  county authorities and for undersigned counsel, in turn, to assuredly advise Mr. Matthews about
5  his expectant guideline range, whether after a guilty plea or post-trial if convicted, the defense is
6  requesting a one week extension of the currently scheduled status hearing.
7      Assistant United States Attorney Sarah Hawkins does not oppose this request.
8      Additionally, the parties concur that granting the exclusion would allow the reasonable
9  time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §
10 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an
11 exclusion of time for the purposes of effective preparation of counsel outweigh the best interests
12 of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Dated: March 9, 2015                    /s/
                                        BRANDON M. LeBLANC
                                        Assistant Federal Public Defender


        IT IS SO STIPULATED.

Dated: March 9, 2015                    /s/
                                        SARAH HAWKINS
                                        Assistant United States Attorney

//
//
//
//
//
//
//

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that the status hearing presently scheduled for March 10, 2015 at 2:00 p.m. shall be continued to **March 17, 2015 at 2:00 p.m.**  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: March 10, 2015.

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

Stip. to Cont. Status Hearing
U.S. v. Matthews, CR 15-049 WHA

3