IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

AARON MATHEWS,

    Defendant.

No. CR 15-00049 WHA

**ORDER TO SHOW CAUSE**

    The custodian of records at the San Francisco Superior Court is hereby **ORDERED TO SHOW CAUSE** as to why it has not yet produced documents to federal public defender Brandon LeBlanc relating to defendant Aaron Matthews' criminal history. A hearing on this order is set for **TWO P.M. ON MARCH 31, 2015**. If the custodian of records has produced documents to the satisfaction of Attorney LeBlanc by that time, then it will not have to appear at the March 31 hearing. If the custodian of records has not produced the documents by March 31, then it must appear at the hearing to explain why. Attorney LeBlanc shall serve this order on the custodian of records at the San Francisco Superior Court.

    **IT IS SO ORDERED.**

Dated: March 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE