**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0005 CRB |
| Plaintiff, | |
| v. | |
| CRYSTAL ANTHONY, | |
| Defendant. / | |
| | |
| UNITED STATES OF AMERICA, | No. CR 15-0006 WHA |
| Plaintiff, | |
| v. | |
| DARELL POWELL, | |
| Defendant. / | |
| | |
| UNITED STATES OF AMERICA, | No. CR 15-0027 VC |
| Plaintiff, | |
| v. | |
| DARLENE ROUSE, | |
| Defendant. / | |

**United States District Court**
For the Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0028 CRB |
| Plaintiff, | |
| v. | |
| ACACIA MCNEAL, | |
| Defendant. / | |
| | |
| UNITED STATES OF AMERICA, | No. CR 15-0049 WHA |
| Plaintiff, | |
| v. | |
| AARON MATTHEWS, | |
| Defendant. / | |
| | |
| UNITED STATES OF AMERICA, | No. CR 15-0050 RS |
| Plaintiff, | |
| v. | |
| NIJAH REED, | |
| Defendant. / | |
| | |
| UNITED STATES OF AMERICA, | No. CR 15-0052 WHA |
| Plaintiff, | |
| v. | |
| TIANA REDDIC, | |
| Defendant. / | |
| | |
| UNITED STATES OF AMERICA, | No. CR 15-0070 VC |
| Plaintiff, | **ORDER RE NOTICE OF RELATED CASE** |
| v. | |
| SHOLANDA ADAMS, | |
| Defendant. / | |

2

Defendants Crystal Anthony, Darell Powell, Darlene Rouse, Acacia McNeal, Aaron Matthews, Nijah Reed, Tiana Reddic, and Sholanda Adams have filed a Notice of Related Case in Case No. 15-0005 (dkt. 11).  This Court will not relate Defendants' cases at this time, as Defendants' Notice is premature.  Upon the filing of an initial motion to dismiss, and a request for discovery to supplement the motion, the Court will consider a Notice of Related Case.

**IT IS SO ORDERED.**

Dated: April 3, 2015      

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE