1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,              No. CR 15-0005 CRB
12              Plaintiff,
13      v.
14   CRYSTAL ANTHONY,
15              Defendant.
                                        /
16
17   UNITED STATES OF AMERICA,              No. CR 15-0006 WHA
18              Plaintiff,
19      v.
20   DARELL POWELL,
21              Defendant.
                                        /
22
23   UNITED STATES OF AMERICA,              No. CR 15-0027 VC
24              Plaintiff,
25      v.
26   DARLENE ROUSE,
27              Defendant.
                                        /
28

**United States District Court**
For the Northern District of California

1 UNITED STATES OF AMERICA,                    No. CR 15-0028 CRB

2                    Plaintiff,

3    v.

4 ACACIA MCNEAL,

5                    Defendant.                            /

6

7 UNITED STATES OF AMERICA,                    No. CR 15-0049 WHA

8                    Plaintiff,

9    v.

10 AARON MATTHEWS,

11                    Defendant.                            /

12

13 UNITED STATES OF AMERICA,                    No. CR 15-0050 RS

14                    Plaintiff,

15    v.

16 NIJAH REED,

17                    Defendant.                            /

18 UNITED STATES OF AMERICA,                    No. CR 15-0052 WHA

19                    Plaintiff,

20    v.

21 TIANA REDDIC,

22                    Defendant.                            /

23

24 UNITED STATES OF AMERICA,                    No. CR 15-0070 VC

25                    Plaintiff,

26    v.

27 SHOLANDA ADAMS,

28                    Defendant.                            /

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

TIFFANY CROSS,

        Defendant.

_____/

No. CR 15-0059 CRB

**ORDER RE NOTICE OF RELATED CASE**

     Defendants Crystal Anthony, Darell Powell, Darlene Rouse, Acacia McNeal, Aaron Matthews, Nijah Reed, Tiana Reddic, Sholanda Adams and Tiffany Cross have filed a Notice of Related Case in Case No. 15-0059 (dkt. 10).  This Court will not relate Defendants' cases at this time, as Defendants' Notice is premature.  Upon the filing of an initial motion to dismiss, and a request for discovery to supplement the motion, the Court will consider a Notice of Related Case.

     **IT IS SO ORDERED.**

Dated: April 6, 2015

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

3