MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email: Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15 0049 EMC |
|---|---|---|
| v. | ) ) | STIPULATION AND [P~~ROPO~~SED] ORDER EXCLUDING TIME FROM OTHERWISE |
| AARON MATHEWS, | ) ) ) | APPLICATION SPEEDY TRIAL ACT CALCULATION |
| Defendant. | ) ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. On April 27, 2015, *U.S. v. Mathews* was reassigned to Judge Edward M. Chen.

2. Judge Chen specially set a status conference for May 15, 2015 at 10:00 a.m. and ordered the government to e-file a stipulation and proposed order excluding time if necessary.

3. The case had previously been assigned to Judge William H. Alsup and was set for trial on May 18, 2015.

4. The status with regard to the speedy trial clock in *US v. Matthews* is as follows:

    a. Mr. Mathews was arraigned before Judge Joseph C. Spero on February 11, 2015. He made his initial appearance before Judge Alsup on February 24, 2015. Time was excluded from February 11, 2015 through February 24, 2015. *See* Docket #5.

STIP. AND ORDER EXCLUDING TIME         1
CR 15-0049 EMC

b. The parties appeared before the court on February 24, 2015 for a status. Mr. Mathews was present and represented by Assistant Federal Defender Brandon LeBlanc. Assistant United States Attorney Sarah Hawkins appeared for the Government. The matter was continued to March 10, 2015 for status hearing. Time was not excluded for the period between February 24 and March 10, 2015. *See* Docket # 11.

c. The parties filed a stipulation to continue the status hearing from March 10, 2015 until March 17, 2015. The Court ordered that the case be continued and that time be excluded. *See* Docket # 15.

d. The parties appeared before the Court on March 17, 2015 at 2:00 p.m. for a status. Mr. Mathews was present and represented by Assistant Federal Defender Brandon LeBlanc. Assistant United States Attorney Sarah Hawkins appeared for the Government. The parties agreed to stipulate to a continuance of the matter for two weeks. The court agreed to exclude time for those two weeks for effective preparation of counsel. *See* Docket # 20.

e. The parties appeared before the Court on March 31, 2015 at 2:00 p.m. for a status. Mr. Mathews was present and represented by Assistant Federal Defender Brandon LeBlanc. Assistant United States Attorney Sarah Hawkins appeared for the Government. The case was set for trial on May 18, 2015 with a pretrial conference date of May 13, 2015.

f. As of April 27, 2015, 40 days had run on the speedy trial clock, leaving 30 days remaining.

5. According to the reassignment of the cases to Judge Chen, the parties respectfully submit and agree that the period from April 27, 2015, through and including May 15, 2015 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

6. The government reserves the right to address the speedy trial act at the May 15, 2015 status conference and whether further continuances and exclusions of time are warranted

beyond that date.

IT IS SO STIPULATED.

DATED: April 28, 2015                    MELINDA HAAG
                                         United States Attorney


                                              /s/
                                         SARAH HAWKINS
                                         Assistant United States Attorney


DATED: April 28, 2015


                                              /s/
                                         BRANDON LEBLANC
                                         Counsel for the Defendant

STIP. AND ORDER EXCLUDING TIME          3
CR 15-0049 EMC

# [PRO~~POSED~~] ORDER

Upon the stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that the period from April 27, 2015 through and including May 15, 2015 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: May 4, 2015



HON. EDWARD M. CHEN
United States District Judge

STIP. AND ORDER EXCLUDING TIME            4
CR 15-0049 EMC